IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

NOS. 3:11mj142, 143, 144, 145, 146, 147, 148,
149, 150, 151, 152, 153, 154, 155

NOS. 3:11mc32, 33, 34

| | | |
|---|---|---|
| IN RE: APPLICATIONS FOR SEIZURE WARRANTS AND LIS PENDENS | ) ) | ORDER TO SEAL |

On the government's motion to seal the affidavits in the above-captioned files, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal the affidavits in each of these files until further order of the Court.

Signed this the 23 day of March, 2011.

_____
DAVID S. CAYER
UNITED STATES MAGISTRATE JUDGE